IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 12-00139-CG-C
)
JASON R. BRANNON, )
ROBERT M. BRANNON, and )
J & R PROPERTIES, LLC, )
)
Defendants. )
)

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Comes now, the United States, by and through counsel, and submits this unopposed motion to continue trial in the above-captioned matter.   In support thereof, the Government states as follows:

1.      On June 28, 2012, the defendants were charged by indictment. The case was scheduled for trial during the December, 2012, criminal term.

2.      At the pretrial conference on November 8, 2012, counsel for all defendants stated their intention to plead guilty to the charges in the indictment.  On November 20, 2012, Defendant Robert M. Brannon filed a Notice of Intent to plead guilty to both counts in the indictment.  On November 28, 2012, Defendants Jason R. Brannon and J & R Properties, LLC, filed a Notice of Intent to Enter Guilty Pleas to both counts in the indictment.

3.      A change of plea hearing for all defendants is scheduled for 2:30 p.m. on November 29, 2012.  Counsel for the United States and the defendants have come to terms on plea agreements apart from the amounts of criminal fines to be paid, but additional time is needed to complete and execute the agreements.

4.      Undersigned counsel has consulted with the attorneys representing all of the defendants, and they do not oppose the continuation of the trial date.

For these reasons, the Government respectfully requests that the Court grant the Government's unopposed motion to continue trial.

Respectfully submitted this 28th day of November, 2012.

/s/ Brooks Mackintosh
Deana L. Timberlake-Wiley
Brooks Mackintosh (BMA5501638)
Chinita M. Sinkler
Trial Attorneys, Atlanta Field Office
Antitrust Division
United States Department of Justice
75 Spring Street, SW, Suite 1176
Atlanta, GA 30303
Phone: (404) 331-7100
Fax: (404) 331-7110
Brooks.Mackintosh@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on this 28th day of November, 2012,

electronically served a copy of the foregoing pleading on counsel for all

parties to this proceeding by the CM/ECF system.

/s/ Brooks Mackintosh
Brooks Mackintosh (BMA5501638)
Trial Attorney
Antitrust Division
