Judgment 2

AO 245B (Rev. 06/05) Judgment in a Criminal Case: Sheet 2 - Imprisonment

Defendant: **ROBERT M. BRANNON, a/k/a Robert Madison Brannon**
Case Number: **1:12-CR-00139-002**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>**TWENTY (20) MONTHS as to each of Counts 1 & 2; said terms to be served concurrently.**</u>

☐ Special Conditions:

☒ **The court makes the following recommendations to the Bureau of Prisons: that the defendant be incarcerated in a facility as close to his family in Mobile, Alabama, as possible.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at ____ a.m./p.m. on ____.
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons three months from 5/20/2013 (8/19/2013):
  ☐ before 2 p.m. on ____.
  ☒ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant ~~delivered~~ v/s on  08-19-13  to  FPC  at  Pensacola, FL  with a certified copy of this judgment.

Samuel L. Batts, Warden
UNITED STATES MARSHAL

By _____, CPO
Deputy U.S. Marshal